# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Timothy R. Walker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Sterling Crane LLC, a Foreign Limited | ) | |
| Liability Company; and Matthew Smith, | ) | |
| | ) | Case No. 4:14-cv-124 |
| Defendants. | ) | |

Before the court are motions for attorneys Michael C. Snyder and Konstandinos Nicklow to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Michael C. Snyder and Konstandinos Nicklow have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motions (Docket Nos. 2-3) are **GRANTED**. Attorneys Michael C. Snyder and Konstandinos Nicklow are admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2014.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge